UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : ORDER FOR RETURN OF
:
VS. : DEPOSIT FOR BAIL
:
JUAN ABREU : RECOG. NEW 3120
Case No. DNJX209MJ008218
: DNJX210CR000859

It appearing to the Court that the above-named defendant was held in bail by the United States District Court for the District of New Jersey for his appearance before this Court, and that the sum of Five thousand dollars ($5,000.00) was deposited in the registry of this Court as security for the said recognizance; and it further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record; and it further appearing that the above-named defendant who is the surety of said recognizance was imposed a fine of $5,000.00 and that Robert Frazer, Assistant United States Attorney has requested that said bail money be applied to the defendant's fine,

It is, on this 23rd day of July, 2012

**ORDERED** that the sum of Five thousand dollars ($5,000.00) originally deposited as bail be applied to the fine of $5,000.00 ordered pursuant to Judgment of Conviction Order dated June 7, 2012.

JEROME B. SIMANDLE, CHIEF JUDGE
UNITED STATES DISTRICT COURT